■ WITTENBERG DISTRIBUTORS, INC., Respondent, v KUHNS BROTHERS & LAIDLAW, INC., Formerly Known as LAIDLAW ADAMS & PECK, INC., Appellant.—Judgment unanimously affirmed with costs. Memorandum: A retainer fee will not be deemed nonrefundable unless the language of an agreement to that effect is clear and it is established that the party obligated to pay the retainer understood that to be the nature of the agreement *(see, Jacobson v Sassower,* 66 NY2d 991, 993, *affg* 107 AD2d 603). In this case, the agreement omitted any reference to whether the retainer was refundable, and Supreme Court correctly determined that plaintiff was entitled to summary judgment for the amount of the retainer fee it paid. (Appeal from judgment of Supreme Court, Onondaga County, Lowery, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ ANN L. SIMONELLI, Respondent, v ROBERT N. SIMONELLI, Appellant.—Judgment unanimously modified in the exercise of discretion and as modified affirmed without costs, in accordance with the following memorandum: In view of the relatively short duration of the marriage, the relatively small amount of contributions to their respective pension funds that the parties made during the marriage, and particularly because defendant will presumably retire long before plaintiff, we believe that a more equitable distribution would result from deleting that portion of the judgment awarding each party an interest in the pension rights of the other. (Appeal from judgment of Supreme Court, Oneida County, Lynch, J.—equitable distribution.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.